RECEIVED

MAR 1 9 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| HEBERT BOSWELL | CIVIL ACTION NO. 06-1611 |
| VS. | JUDGE DOHERTY |
| MICHAEL J. ASTRUE<br>COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED** and the case is dismissed

Lafayette, Louisiana this 19 day of March, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE